**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MYRA AND LANCE PITRE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4466** |
| **WILLIE K. KNOX, ET AL.** | **SECTION "K"(1)** |

## ORDER

The Court having been informed there is no opposition to the Motion to Remand filed by plaintiffs (Rec. Doc. No. 10), and noting that an affidavit has been signed by plaintiffs rendering this Court without proper jurisdictional basis as the amount in controversy is less than $75,000, see Rec. Doc. No. 10, Exh. B,

**IT IS ORDERED** that plaintiffs' Motion to Remand is **GRANTED** pursuant to 28 U.S.C. 1447, and this matter is **REMANDED** to the 32nd Judicial District Court for the Parish of Terrebone, State of Louisiana.

New Orleans, Louisiana, the __1st__ day of May, 2006

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**